UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR RAMIREZ MERINO,<br><br>Defendant. | NO. CR16-275RSL<br><br>ORDER DENYING MOTION FOR OUT-OF-COUNTRY TRAVEL AND TERMINATION OF SUPERVISED RELEASE |

The Court, having considered defendant's Motion for Out-of-Country Travel and Termination of Supervised Release, Dkt. # 7, and all the records and files in this case,

It is HEREBY ORDERED that defendant's Motion for Out-of-Country Travel and Termination of Probation is DENIED. This request for international travel is made too soon after the trip to Nicaragua in late July, 2017. It is also premature to request termination of supervised release at this time.

DATED this 8th day of September, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR OUT-OF-COUNTRY TRAVEL AND TERMINATION OF PROBATION