UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR RAMIREZ MERINO,<br><br>Defendant. | Case No. CR16-275RSL<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's motion for early termination of supervised release. Dkt. # 11. Having considered the parties' memoranda, the recommendation of United States Probation, and the remainder of the record, the Court GRANTS defendant's motion.

In October 2010, defendant was sentenced to 40 months' imprisonment and three years of supervised release after a jury convicted him on fraud-related charges. Since leaving federal custody, defendant has complied with all of the terms of his supervised release. Defendant previously sought early termination, but the Court denied that request as premature. Defendant has continued to progress since then, which is underscored by the endorsements submitted by defendant and the input of United States Probation.

Under 18 U.S.C. § 3583(e), the Court may, after considering a subset of sentencing factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release after at least one year "if it is satisfied that such action is warranted by the conduct of the defendant released and

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

the interest of justice." 18 U.S.C. § 3583(e)(1). When deciding whether to grant a request for early termination of supervised release, the Court "enjoys discretion to consider a wide range of circumstances." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014).

Having considered the factors identified in 18 U.S.C. § 3583(e), the Court GRANTS defendant's motion to terminate supervised release. Defendant's progress, good behavior, and compliance with the terms of his supervision demonstrate that early termination is warranted. The Court, in its discretion, GRANTS defendant's motion for termination of supervised release, effective Friday, March 23, 2018.

DATED this 21st day of March, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2